United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKA VAKA, | No. C 09-00309 CRB |
| Plaintiff, | **ORDER OF REMAND** |
| v. | |
| ARGENT MORTGAGE CO., et al., | |
| Defendants. | |

On April 14, 2009, the Court filed an order granting defendants' motions to dismiss the federal claims, some with prejudice and some with leave to amend. The Court deferred any ruling with respect to plaintiff's state law claims. At approximately the same time, the Court received from plaintiff for filing an amended complaint which eliminates all of the federal claims and asserts only state law claims.

The Court will treat plaintiff's amended complaint as response to the Court's order, and hereby grants plaintiff leave to file the amended complaint. As the amended complaint makes state law claims only, and the case was removed on the basis of federal question jurisdiction, this action is REMANDED to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: April 15, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\0309\orderofremand.wpd